UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  

RETURN DATE:        JUNE 24, 2014  
TIME:                        10:00 A.M.

----------------------------------------------------------X

In Re:

Nancy E. Lernihan,

                          Debtor.

Chapter 7

Case No. 809-75743-608

Notice of Hearing

----------------------------------------------------------X

PLEASE TAKE NOTICE, that on June 24, 2014 at 10:00 a.m. the undersigned will move before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 760, Central Islip, New York  11722, or as soon thereafter as counsel can be heard for an Order:  (a) reopening this Chapter 7 case to permit the administration of an additional asset; (b) upon the reopening of this case, directing the Office of the United States Trustee to appoint a Chapter 7 Trustee; and (c) such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows:  (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in

PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Carla E. Craig, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to chambers on or before May 12, 2014.

Dated: Garden City, New York
    April 21, 2014

                                      Weinberg, Gross & Pergament LLP
                                      Attorneys for Trustee

By:     _____
                                        Marc A. Pergament
                                        400 Garden City Plaza, Suite 403
                                        Garden City, New York 11530
                                        (516) 877-2424