**United States Bankruptcy Court**
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

*Chambers*
*Judge Louis A. Scarcella*
*United States Bankruptcy Judge*                                          *(631) 712-6200*


May 21, 2014



Re: Nancy E Lernihan
     Case #09-75743-las




To all parties:

Please be advised that due to a scheduling conflict by the Court, the Motion to Reopen Chapter 7 Case hearing will be adjourned from June 24, 2014 to July 10, 2014 at 10:00 am.

Kind regards,


*s/Christine Moffett*
Christine Moffett
Courtroom Deputy to the
Honorable Louis A. Scarcella